**BLAIR CO. C & Y**

v.

**DHS**

**1073 CD 2016**

Commonwealth Court of Pennsylvania.

06/21/2017

Department of Human Services, Bureau of Hearings and Appeals, 075–14–0001

Affirmed

**HARRISON, INC.**

v.

**CITY OF PHILA, et al.**

**513 CD 2016**

Commonwealth Court of Pennsylvania.

06/22/2017

Philadelphia County Civil Division, No. 1308T0560

Reversed

**DIEUFORT ST. FLEUR**

v.

**WCAB and Anvil International**

**1222 CD 2016**

Commonwealth Court of Pennsylvania.

06/21/2017

Workers' Compensation Appeal Board, A16–0254

Affirmed

**RUFFNER, D.**

v.

**UCBR**

**1566 CD 2016**

Commonwealth Court of Pennsylvania.

06/22/2017

Unemployment Compensation Board of Review, B–591484

Reversed/Remanded